UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DAVADA C. LOUGHLIN; D.C.L., Davada C. Loughlin for D.C.L., a minor; and BRITT S. MOORE, <br><br>Plaintiffs, <br><br>v. <br><br>VANCE COUNTY DEPARTMENT OF SOCIAL SERVICES; LINDA FRY, Director at Vance County Department of Social Services; RENE BETANCOURT, Social Work Supervisor at Vance County Department of Social Services; NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES and VANCE COUNTY, <br><br>Defendants. | **JUDGMENT** <br><br>No. 5:14-CV-219-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 31, 2015, and for the reasons set forth more specifically therein, that the defendants' motion to dismiss is granted. The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 1, 2015, and Copies To:**

Sonny S. Haynes (via CM/ECF Notice of Electronic Filing)
Angenette Stephenson(via CM/ECF Notice of Electronic Filing)
Davada Loughlin and D.C.L. (via U.S. Mail) PO Box 305, Kittrell, NC 27544
Britt S. Moore (via U.S. Mail) PO Box 1147, Henderson, NC 27536

| | |
|---|---|
| April 1, 2015 | JULIE RICHARDS JOHNSTON, CLERK <br> /s/ Christa N. Baker <br> (By) Christa N. Baker, Deputy Clerk |